# United States District Court
## Violation Notice

Location Code: **ON11**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6645147 | Chin | 8644 |

6645147

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5/21/2018 17:45 | CFR 232 (L) |

Place of Offense: Westpark Post Office
14500 Lorain Ave., Cleveland, OH 44111

Offense Description: Factual Basis for Charge    HAZMAT ☐
Possession of firearms on postal property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Schade | David | M. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *[signed] David Schade*

(Rev. 09/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 21, 20 18** while exercising my duties as a law enforcement officer in the **northern** District of **Ohio**

this officer responded to a call that an individual, David M. Schade, was walking around the grounds of the Westpark station post office recording video while openly carrying a firearm (pistol). Cleveland Police arrived first and detained him. Cleveland Police stated he was observed opening the door for a postal customer at the post office while he was armed. A postal supervisor had asked him to leave the premises and he refused.

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **5/21/2018**    Officer's Signature: *[signed]*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident